# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1298
Lower Tribunal No. 2004-CF-009386-A-O

_____

BOBBY JEROME TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and KAMOUTSAS, JJ., concur.


Bobby Jerome Taylor, Punta Gorda, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED